UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BIENERT, MILLER & KATZMAN, PLC,

                Plaintiff,

- against -

THE WIMBLEMDON FINANCING MASTER FUND, LTD.,

                Defendant.

**ORDER**

18 Civ. 10731 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        There has been no activity in this matter since December 27, 2018. The parties will submit a joint letter to the Court describing the status of this case by April 16, 2021.

Dated: New York, New York
       April 7, 2021

SO ORDERED.

*Paul G. Gardephe*

Paul G. Gardephe
United States District Judge